UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

DEBORAH ARTILES,

    *Plaintiff*,

v.

NICOLO A. VITANZA;
ROBERT CARPENTER;
CHRISTOPHER MARTINO;
STEPHEN W. GALLAGHER;
THE TOWNSHIP OF HANOVER;

    *Defendants*.

Civ. Action No. 06-5427 (KSH)

**ORDER**

**Katharine S. Hayden, U.S.D.J.**

    For the reasons articulated in the Opinion filed herewith, and good cause appearing,

    **It is** on this 6th day of August, 2009, hereby

    **ORDERED** that defendants' motion for summary judgment [D.E. # 42] is **GRANTED** on Counts One, Two, Three, Five, and Six of the Fourth Amended Complaint [D.E. # 16]; and it is further

    **ORDERED** that Count Four of the Fourth Amended Complaint is **DISMISSED** without prejudice; and it is further

    **ORDERED** that the Clerk of the Court is directed to close the case.

    /s/  Katharine S. Hayden

    Hon. Katharine S. Hayden
    United States District Judge